# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Alan Curtis Jarrell<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:19-mj-51<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 7, 2018 to Present  in the county of  Franklin  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S. Code § 471 and Title 18 U.S. Code § 472 | Knowingly and intentionally, with the intent to defraud, manufacture and utter obligations of the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_TFO Larry E. French_
*Complainant's signature*

Larry E. French, USSS Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 18, 2019

_[Judge's signature]_
*Judge's signature*

Kimberly A. Jolson, U.S. Magistrate Judge
*Printed name and title*

City and state:  Columbus, Ohio

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

Your Affiant is Task Force Officer Larry E. French, U.S. Secret Service, hereinafter referred to as your affiant, who after being duly sworn states that:

**1.)** I am currently employed by the Westerville Division of Police and assigned to the United States Secret Service (USSS) as a Task Force Officer (TFO) in Columbus, Ohio. I have been employed by Westerville Police for approximately 16 years and assigned to the USSS for approximately seven years. I have completed the Ohio Peace Officers Training Academy (OPOTA) and specialized investigations training though OPOTA. As a police officer, detective and task force officer, I have participated Federal and State criminal investigations involving the manufacturing, possession, and uttering of counterfeit obligations of the United States.

**2.)** Since on or before October 7, 2018, Alan C. Jarrell, Shawn L. Crabtree, Brian K. Kiser, Kathy M. Beverly and Ryann M. Parker, have been passing counterfeit obligations of the United States. The bills have been passed in the Southern District of Ohio in Franklin, Fairfield, Licking and Muskingum Counties. Counterfeit bills have also been passed in Richmond, Indiana and other districts. The total amount confirmed spent by the group is, at a minimum, $2,960.00, confirmed by an investigation done by Hilliard Police.

**3.)** On November 15, 2018, Hilliard police located the home that the group was operating from at 303 Crowley Road, Columbus, and executed a search warrant. There were obvious indications that counterfeit currency manufacturing was occurring at the residence.

The following persons were in the home at the time of the search warrant, where the printing operation was occurring:

> **A.) Brian Keith Kiser** – Shared bedroom with girlfriend, Ryann Parker, had printer box in his bedroom, as well as bill roller, resume paper, printer box, printer cartridges and clippings of counterfeit currency.
>
> **B.) Alan Curtis Jarrell** – Printer in his bedroom he shared with Kathy Beverly. Beverly told Hilliard detectives that Jarrell and Kiser would go downstairs to "Jarrell's workshop".
>
> **C.) Shawn Len Crabtree** – Arrested in Richmond, Indiana for passing counterfeit. Known to be at the house on Crowley with the others in the group and had meetings with others in the bedrooms where manufacturing occurred.

**D.) Kathy Marie Beverly** – Girlfriend of Alan Jarrell. Printer found in her bedroom she shared with Jarrell, knew manufacturing occurring due to the bedroom being Jarrell's workshop.

**E.) Ryann Marie Parker** – Girlfriend of Brian Kiser. Parker is deaf and shared a bedroom Kiser. Parker kept a handwritten notebook with details about counterfeiting currency. Copies of counterfeit bills were found in her notebook.

The items listed below were recovered during the search warrant:

**A.)** Approximately $3,439.00 in counterfeit currency or attempts to make counterfeit currency. The bills were found in the home, trash located on the side of the house and in the neighbor's yard.

**B.)** Fuming hood that was used to try to paint the color shifting ink with glitter to make the counterfeit bill look more realistic. Glitter, mirror effect paint, rubber gloves and a roller were also found.

**C.)** Handwritten set of instructions and information in a plain notebook that belongs to Ryann Marie Parker. Ryann Marie Parker's name is inside the notebook. The handwritten notes inside are listed below:

  **1.)** Detailed methods of counterfeiting and how much money could be made selling and/or producing counterfeit. The book showed a profit of $20,000 for every $100,000 made. The notes showed that $300,000 can be made in four to five days.

  **2.)** Toner prices for various types of printers.

  **3.)** Details about the type of paper to use.

  **4.)** Details of security features of U.S. currency.

  **5.)** Details about manufacturing U.S. currency.

**D.)** Hewlett-Packard printer.

**E.)** Clippings and cuttings from the manufacturing process.

**F.)** Slide type cutting board used to trim paper.

**G.)** Hewlett-Packard ink cartridges and packaging, receipts for ink cartridges and paper.

## Interview Excerpts with Hilliard Detectives at Search Warrant:

**Kathy Marie Beverly**: *(Interviewed by Det. Zellers)* Beverly said she lived at 303 Crowley Road with her boyfriend Alan Jarrell for a year; their bedroom is the entire bottom floor/split level portion of the home. Part of the room is their bedroom and the other is Jarrell's "workshop". When asked, Beverly said she was aware of some of the items found in the home during the search warrant. Beverly told detective Zellers she knew something was going on inside the house, and had just "heard" that Alan and "smurf" aka Brian Kiser were counterfeiting money. In the last couple of days, she has realized they (Kiser and Jarrell) have been counterfeiting. She has never received counterfeit money from Jarrell, has never returned items for him, but admitted to going to stores with him.

Beverly said she hadn't observed them (Kiser and Jarrell) making the bills, but saw the trash and mess they left. In the last couple of days, she saw "shitty looking bills". Beverly said Parker and Kiser live in the bedroom upstairs and have been at the home for a couple of months. She mentioned a heavy-set white male named Shawn visits the home and hangs out with Jarrell and Kiser (surveillance has shown this is likely Shawn Crabtree). Jarrell, Kiser, and Crabtree have been in the basement near Jarrell's workshop and didn't want her around while they were talking. Beverly continued to talk and mentioned that Alan (Jarrell) has been dressing up and not wearing his normal attire. He has been wearing a shirt and tie when leaving the house. Beverly admitted to going to Meijer with Jarrell a day or two prior; and admitted to going to Meijer in Grove City with Jarrell where he returned an item. She stated that Kiser and Jarrell have addictions to gambling.

Beverly appeared to be aware of the counterfeiting operation occurring at her residence and in her living area. She has been spotted in video surveillance with Kiser and Jarrell in previous counterfeiting cases. In these cases, she has been observed walking in separately and leaving businesses separately from Jarrell and Kiser.

**Brian Keith Kiser:** *(Interviewed by Detective Seum and Detective Zellers)* Both detectives interviewed Brian Kiser. Brian Kiser said he has been staying residence for approximately 2-3 weeks with his girlfriend Ryann Parker. Previously, he moved here from Indiana. Kiser said he stays in the upstairs back bedroom with two dogs and Parker. Kiser randomly mentioned that she had been pulled over and arrested in Obetz (same counterfeit case that's included with HPD report 18002641); they begin staying at Crowley after Parker got out of jail from the Obetz arrest. Kiser told Detective Seum and Detective Zellers that Alan Jarrell is his cousin. He said he hangs out with Alan sometimes and goes out to eat and to the casino. At the beginning of the interview, Kiser said he didn't know why police were at the residence and he denied having any involvement concerning counterfeit currency; he said he hasn't gone to any stores with Alan recently. Detective Zellers mentioned a car parked in the driveway and he said the car belonged to Shawn Crabtree; he met Shawn through Alan. He hangs out with Alan and Shawn periodically. Detective Seum asked who's counterfeit money was in his room. Kiser said he didn't know and it was probably Jarrell's; Jarrell has given him a couple

bills. Detective Zellers mentioned all the counterfeit bills and items next to his bed and he denied having knowledge.

Eventually, Kiser admitted involvement and claimed he doesn't print the bills, but has went out with Alan (Jarrell) a few times and spent the counterfeit currency. His reason for the incidents is that he has a drug problem. Detective Zellers asked who showed him how to make the bills and how he is doing it; detectives mentioned the paper, cutting board, and bills in his room. Kiser never admitted to someone showing him how to make the bills or even that he has made counterfeit bills, his response was "most of the stuff is in the basement." Detective Zellers asked how much he cuts a day, Kiser said he wasn't even good at cutting. He said he never cuts anything in his room and that Jarrell must have cut bills upstairs in his room. Kiser admitted to spending counterfeit money made by Jarrell several times. Kiser said he has only been back in Ohio since October 1st. Detectives again mentioned all the items, paper scraps, and counterfeit money located in his room. He said Jarrell would bring the money upstairs and cut the paper in his room and take it downstairs and finish it. Detective Seum mentioned the counterfeit bills on him when he was detained by SWAT. Kiser said the bills on him were from the last time(?). Kiser couldn't remember the last time he went out with Jarrell but admitted to going to a Walmart with him. Detective Seum asked him why they would go to a Walmart out of the city, he said "you guys already know the answer to that". Kiser admitted again bills had been cut in his room, but not by him. Detective Zellers asked Kiser if he has cut up a couple hundred thousand dollars and he said nowhere around there. Kiser responded and gave Detective Zellers a "ball park" number and stated "maybe $3000". Detective Zellers asked the type of bills he usually cuts up and he said "fives, tens, twenties." He said he has never passed fifty or one hundred-dollar bills and always has someone with him. Detective Zellers asked if he usually has a stack of cut up bills with him when he goes out, he stated it "might be $100-$150". Detective Zellers asked what his process was for preparing bills. He denied printing but admitted he had done $3000 worth. Detective Zellers asked how much he has prepared and he said "bro I'm not even good with that stuff." He got agitated and said he was just burying himself. Kiser said he was done talking and the interview ended.

**Dakota Jackson:** *(Interviewed by Detective Seum and Detective Zellers)* Detectives interviewed Dakota Jackson. Dakota told detectives he is long-time friends with Kathy Beverly. Recently he got into a fight with his sister and was kicked out of his house. Beverly gave him a place to stay and has been at the residence for a couple days. Dakota said he didn't know why police were there, but had an idea something was going on. He said there was a secret in the house but wasn't sure what was going on. Detectives explained we were at the residence for a forgery case. Detectives asked if he has went anywhere with anyone in the house recently and he said he went to the casino with Jarrell in the last few days. Detective Zellers asked about the counterfeit money found in his wallet when he was detained. He said he picked up the two $5 bills from the basement a day or two ago from under a table. He also admitted he had picked up a $20 bill a few days ago from the table and took it. He walked to a local convenience store on Parsons and attempted to purchase items with it. A clerk discovered the bill was counterfeit and confronted him. He paid for the item with authentic currency. It isn't believed that Jackson was directly involved manufacturing counterfeit currency.

**4.)** After the search warrant on November 15, 2018, Brian Kiser passed counterfeit at the Meijer on Sawmill Road in Columbus, on November 27, 2018. That same day, Kiser attempted to pass counterfeit at the Meijer in Lewis Center, it was denied.

**5.)** On December 4, 2018, Richmond, Indiana police were dispatched to Walmart on the report of a male trying to pass $20 counterfeit bills. Shawn Crabtree was arrested for attempting to pass counterfeit currency at the store. Kiser fled the scene after making purchases with counterfeit currency; he has a current warrant for his arrest.

Crabtree passed the following bills at the store:

5 - $20 bills that were used at the register when police were called.
    Serial: ML38406388B (Qty. 3)
    Serial: ML91740999E (Qty. 2)

Crabtree had in his possession, inside his wallet, the following counterfeit currency:

2 - $5 bills: Serial: MF82321206E
2 - $20 bills: Serial: MB95225451A
5 - $10 bills: Serial: MK63604227B
2 - $20 bills: Serial: JA72472072B and MC32343315D

While at the jail, Crabtree was found to have a counterfeit $100 bill in his pocket, Serial: LG24063934A.

An audit of the registers revealed four more counterfeit bills that were passed by an unknown white male. During an interview, Crabtree admitted the unknown male was Brian Kiser. A photo sent by Richmond police to Hilliard Detective Zellers also confirmed the unknown male was Brian Kiser. The serial numbers recovered were:

2 - $20 bills: Serial: ML38406388B and ML91740999E (both were used prior, see above)
2 - $10 bills: Serial: ME31227500A

When searched, several counterfeit bills and black printer ink boxes were found in Crabtree's van in the parking lot.

During a search warrant of Crabtree's van on December 6, 2018, an HP printer was found in a black duffel bag with a genuine $20 bill attached to the scanner glass. Six copies of that same $20 bill were found in the van, serial: ML38406388B. When picking up the van, Carla Crabtree confirmed the black duffel bag belonged to her daughter and Crabtree was using it.

Items related to counterfeiting found during the search warrant were:

1.) Box of Southworth cotton resume paper.
2.) HP deskjet printer, model 2652, with a genuine $20 bill (ML38406388B) taped to the scanner. (Noted above)
3.) 2 – HP ink cartridge boxes (noted above)
4.) $10 counterfeit bill, S/N: MK64622436B
5.) Two $10 bills with the same S/N: ME31227500A
6.) Six $20 bills with the same S/N: ML38406388B
7.) 2 pair of scissors
8.) $10 counterfeit bill S/N: MK63604227B
9.) Unknown small part of currency, unknown denomination.
10.) Two other pieces of currency, one marked with a "10" and the other contained the partial S/N of: 25451A23.
11.) Box with boots inside, purchased with counterfeit by Brian Kiser at the same time Crabtree was checking out.
12.) Walmart bag containing a Dickies brand over-shirt with hood, purchase by Brian Kiser using counterfeit money when he purchased the boots.

**6.)** On December 1, 2018, Columbus Police were summoned by the landlord to a home where a counterfeit printing operation was discovered. Brian Kiser and William Minnick were present, but blamed Kiser's step-father, Jack Johnson, for using the items to manufacture counterfeit currency. Paper used in the manufacture of counterfeit currency was recovered by Columbus Police.

**7.)** Tracking inquires conducted by the U.S. Secret Service on the known serial numbers associated with this group; show that $4,300.00 in counterfeit currency has been passed in several areas of Indiana and Ohio.

**8.)** At least one time, one different dates, each member of the group passed counterfeit currency.

    A.) 10/07/18 – Ryann Parker $120, Brian Kiser, $250
    B.) 10/10/18 – Alan Jarrell, Speedway, Heath, Ohio $100
    C.) 10/17/18 – Ryann Parker, Walmart, Westerville, $50
    D.) 11/03/18 – Shawn Crabtree, Meijer, Huber Heights, Ohio $100
    E.) 11/09/18 – Kathy Beverly, Meijer, Marysville, $40

9.) On January 17, 2019, at 1335 hours, Meijer Loss Prevention observed Alan Jarrell in the Lewis Center store and discovered that he passed $100 in counterfeit currency.

I believe there is probable cause to believe **Brian Keith Kiser, Alan Curtis Jarrell, Shawn Len Crabtree, Kathy Marie Beverly and Ryann Marie Parker,** did violate Title 18 United States Code, Section 471 and 472, in that she knowingly manufactured and uttered obligations of the United States.

Larry French, Task Force Officer
United States Secret Service

Sworn to and subscribed before me this 18th day of January, 2019.

Kimberly A. Jolson
United States Magistrate Judge